UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARC STEVEN CRAIG,

    Petitioner,

v.                                                           CASE NO. 6:08-cv-923-Orl-19KRS
                                                                          (6:98-cr-39-Orl-19KRS)

UNITED STATES OF AMERICA,

    Respondent.

---

**ORDER**

This case is before the Court on the following matters:

1.     The Court ordered the Government to file a response to Petitioner's 28 U.S.C. § 2255 motion. *See* Doc. No. 3. In compliance with the Order, the Government filed a response, titled "Motion to Dismiss Section 2255 Motion." *See* Doc. No. 4. The Court hereby construes the Motion to Dismiss Section 2255 Motion to be a "Response to Petitioner's 28 U.S.C. § 2255 Motion," which will be considered in the disposition of Petitioner's § 2255 motion. Accordingly, it is **ORDERED** that the Government's Motion to Dismiss Section 2255 Motion (Doc. No. 4) is **DENIED** without prejudice to the extent it is titled a motion.

2.     As noted *supra*, the Government has filed its response to Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, Or Correct Sentence, requesting that the Court deny the motion (Doc. No. 4). Because Petitioner is appearing pro se, he is advised out of

an abundance of caution that the denial of his motion at this stage would represent a final adjudication of this case which may foreclose subsequent litigation on the matter. See Griffith v. Wainwright, 772 F.2d 822 (11th Cir. 1985).

Accordingly, Petitioner shall have thirty (30) days from the date of this order to file an opposition to the Government's response to his motion. Thereafter, both the motion and the response to it will be taken under advisement by the Court, and an order will be entered without further notice.

**DONE AND ORDERED** in Chambers at Orlando, Florida this __12th__ day of August, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 8/12
Marc Steven Craig